| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

ESPERANZA SEGEADA, §
§
      Plaintiff, §
§
versus § CIVIL ACTION NO.1:23-CV-244
§
MANDEEP SINGH and §
ABJ HAULER INC., §
§
      Defendants. §

## FINAL JUDGMENT

In light of the parties' failure to submit final settlement papers or move for reinstatement within ninety (90) days of the court's Order of Conditional Dismissal (#13), signed March 6, 2024, this action is dismissed with prejudice. Each party shall bear its own costs of court and attorneys' fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 18th day of June, 2024.

                                              MARCIA A. CRONE
                                   UNITED STATES DISTRICT JUDGE